PROB 12C
(SD/FL 9/96)

# United States District Court

for

## SOUTHERN DISTRICT OF FLORIDA

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Howard Cohen          Case Number: 95-6123-CR-
  PACTS No. : 43550                      ROETTGER

Name of Sentencing Judicial Officer: The Honorable Norman C. Roettger, Jr., Senior Judge, U. S. District Court, Fort Lauderdale, Florida

Date of Original Sentence: January 17, 1996

Original Offense:   False Statement to Social Security Administration, Title 18, U.S.C. §1001, a class "D" felony.

Original Sentence:  24 months Bureau of Prisons, to be followed by 3 years supervised release. Special conditions of supervised release are: $54,134.80 restitution, no contact whatsoever with Lois Cleveland, and drug treatment.

Type of Supervision: Supervised    Date Supervision Commenced:
Release                             September 3, 1997

Assistant U.S. Attorney: Jeffrey R.    Defense Attorney: Samuel J.
Levenson                                Smargon

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                       **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about September 8, 1997, the supervised releasee submitted a urine specimen which tested positive for the presence of cannabis in our local laboratory and subsequently confirmed positive by Pharm Chem Laboratories, Incorporated.

PROB 12C
(SD/FL 9/96)

# United States District Court

for

SOUTHERN DISTRICT OF FLORIDA

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Howard Cohen  
PACTS No. : 43550

Case Number: 95-6123-CR-ROETTGER

2.  **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about September 15, 1997, September 22, 1997, and October 2, 1997, the supervised release submitted urine specimens which tested positive for the presence of cocaine in our local laboratory and subsequently confirmed positive by Pharm Chem Laboratories, Incorporated.

U.S. Probation Officer Recommendation:

[]   The term of supervision should be
    [X]   revoked.
    []    extended for __ years, for a total term of __ years.

[]   The conditions of supervision should be modified as follows:

Respectfully submitted,

by  *[signature]*

Brian J. Brownstein
U.S. Probation Officer
Date: October 14, 1997

PROB 12C
(SD/FL 9/96)

# United States District Court

for

SOUTHERN DISTRICT OF FLORIDA

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Howard Cohen          Case Number: 95-6123-CR-
        PACTS No. : 43550                       ROETTGER

THE COURT ORDERS:

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

21 Oct 1997
Date