PROB 19
(Rev.1/82)

# UNITED STATES DISTRICT COURT

for

**SOUTHERN DISTRICT OF FLORIDA**

U.S.A. vs Howard Cohen - PACTS #43550

Docket No. 95-6123-CR-ROETTGER

TO:[1] "any United States Marshal or any other authorized officer"

*Certified to be a true and correct copy of the original. Carlos Juenke, Clerk, U.S. District Court, Southern District of Florida. By _____ Deputy Clerk. Date 10-24-97*

| WARRANT FOR ARREST OF PROBATIONER |
|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. |

| NAME OF PROBATIONER Howard Cohen | SEX M | RACE W | AGE 38 |
|---|---|---|---|

| ADDRESS (STREET, CITY, STATE) |
|---|
| 3360 Northeast Sixth Avenue, Oakland Park, Florida |

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| Southern District of Florida | January 17, 1996 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| Southern District of Florida, Fort Lauderdale, Florida |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Carlos Juenke | *[signature]* | 10-24-97 |

**RETURN**

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

---

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."