UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 95-6123-CR-NCR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HOWARD COHEN,

    Defendant.
_____/

RECEIVED & FILED IN OPEN COURT
ON _10-28-97_ AT
Ft Lauderdale, FLA.
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

### APPEARANCE AS ATTORNEY OF RECORD

TO THE CLERK OF THE ABOVE COURT:

You will please enter my appearance as attorney of record for the Defendant in the above-styled cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded to the Assistant United States Attorney's Office, 500 East Broward Blvd., Fort Lauderdale, FL 33394, by mail/hand delivery this 28 day of October, 1997.

                JAMES S. LEWIS, ESQ.
                Attorney for Defendant
                Suite 100
                500 Southeast 6th Street
                Ft. Lauderdale, Florida 33301
                Telephone: (954) 523-7949

BY: _____
        JAMES S. LEWIS, ESQ.
        Florida Bar No.: 318957